UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STEVEN RUSSO,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>        Defendant. | Case No. **1:19-cv-00104-TSE-JFA** |

NOTICE OF SETTLEMENT AND
<u>REQUEST FOR TERM TO FILE DISMISSAL PLEADING</u>

    Plaintiff, Steven Russo, by and through undersigned counsel, hereby gives notice that Plaintiff and Defendant, Capital One Bank (USA), N.A., have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests fourteen (14) days to finalize the settlement documents and file proper pleadings to close this matter. In view of the case's resolution, Plaintiff respectfully requests that the case deadlines be set aside.

Dated:    <u>May 6, 2019</u>

                                    By: ***<u>Francis Webb</u>***
                                         Francis Alexander Webb
                                         *Attorney for Plaintiff, Steven Russo*
                                         Law Office F A Webb, PLLC
                                         4103 Chain Bridge Rd. Suite 300
                                         Fairfax, VA 22030
                                         Tel. (703) 539-2003
                                         Email: <u>frank@fawebb.com</u>

        Carlos C. Alsina
        Admitted *Pro Hac Vice*
        LAW OFFICES OF JEFFREY LOHMAN, P.C.
        4740 Green River Rd., Suite 310
        Corona, CA 92880
        (657) 363-3331
        CarlosA@jlohman.com
        *Attorney for Plaintiff Donna Lytle*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

        BY: */s/ Francis Webb*
        Attorney for Plaintiff, Steven Russo